EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Lcdo. Antonio Ortiz Gilot | 2004 TSPR 163 <br><br> 162 DPR \_\_\_\_ |

Número del Caso: 4241

Fecha: 26 de octubre de 2004

Abogado del Querellado:

Por Derecho Propio

Materia: Solicitud de Reinstalación al Ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Lcdo. Antonio Ortiz Gilot

                              4241




                           RESOLUCIÓN


        San Juan, Puerto Rico, a 26 de octubre de 2004.


        Examinada la Solicitud de Reinstalación al Ejercicio de la Notaría presentada por el Lcdo. Antonio Ortiz Gilot, el 11 de octubre de 2004, el Tribunal lo reinstala al ejercicio de la notaría efectivo el 1ro. de noviembre de 2004.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.



                              Patricia Otón Olivieri
                         Secretaria del Tribunal Supremo